

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET NEW YORK, NY 10007 | **MARTHA NIMMER**<br>*Special Assistant Corporation Counsel*<br>C: (917) 499-8632 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2023

June 30, 2023

**VIA ECF**
Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:  *C.S. v. New York City Dep't of Educ.* 23-cv-157 (MKV)(JW)

Dear Judge Vyskocil:

      I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

      I write to respectfully request a 2-week extension of the joint status letter and CMP/SO filing deadline, as directed in Your Honor's May 1, 2023 Order (ECF No. 12).  I have asked for Plaintiff's consent, but have not yet received a response.  I apologize for the lateness of this request, as I was just assigned to this matter earlier this week.  The requested extension will permit the parties to engage in settlement discussions, now that Defendant has finalized its request for settlement authority to the Office of the Comptroller.  The parties are hopeful that they can settle this case without further burden on the Court's time.

      Accordingly, Defendant respectfully requests that the joint status letter and CMP/SO filing deadline be extended to July 14, 2023.

      Thank you for considering this request.

                                                       Respectfully submitted,

                                                       _____/s/_____

                                                       Martha Nimmer
                                                       Special Assistant Corporation Counsel

cc: Noelle Boostani, Esq. (via ECF)

---

**Granted. SO ORDERED.**

Date: 6/30/2023
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge